1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   DELBERT FOLZ,                          )   CASE NO.: 13CV0579-GPC-PCL
                                            )
12              Plaintiff,                  )   **ORDER GRANTING JOINT**
                                            )   **MOTION TO DISMISS ACTION**
13              vs.                         )   **WITH PREJUDICE**
                                            )
14   UNION PACIFIC RAILROAD                 )
     COMPANY, and DOES 1 through 10,        )
15   inclusive,                             )
                                            )
16              Defendants.                 )
     _____   )
17

18          Pursuant to the Joint Motion to Dismiss filed on February 17, 2016 this

19   matter shall be dismissed, with prejudice, with each side to bear its own fees

20   and costs.

21          **IT IS SO ORDERED.**

22   Dated:  February 17, 2016

23                                          _____
                                            Hon. Gonzalo P. Curiel
24                                          United States District Judge

25
26
27
28

**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**